**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S.K., an individual, | CASE NO. 2:26-cv-00315 JAM-CKD |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO MAINTAIN ANONYMITY** |
| v. | |
| KRISTI NOEM, in her official capacity as the SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, dba "TSA"; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Having reviewed Plaintiff's application to maintain anonymity (ECF No. 2), and good cause appearing therein, Plaintiff's application is hereby **GRANTED** and Plaintiff may proceed anonymously in this action.

**IT IS SO ORDERED.**

Dated: February 09, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

THE PRIDE
LAW FIRM

- 1 -
ORDER GRANTING MOTION TO MAINTAIN ANONYMITY