ERIC GRANT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
4500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.K., an individual,<br><br>        Plaintiff,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as the SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, dba "TSA"; and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. 2:26-cv-00315-JAM-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT AND FOR THE PARTIES TO FILE JOINT STATUS REPORT** |

Pursuant to Local Rule 144, Plaintiff S.K. ("Plaintiff") and Defendant Kristi Noem, in her official capacity as the Secretary of the Department of Homeland Security ("Defendant"), through their undersigned respective counsel of record, stipulate and agree to extend the time for the Defendant to answer or otherwise respond to the Complaint by twenty-eight (28) days to June 5, 2026.  Plaintiff and Defendant further stipulate and agree to extend the date to file the Joint Status Report to June 18, 2026, so that the parties can address the response by the Defendant and meaningfully discuss the contents required for the Joint Status Report.

Good cause exists for this joint stipulation to conserve time and resources of the parties and the court in meaningfully addressing the issues raised in the lawsuit.

///

Dated:  May 5, 2026

ERIC GRANT
United States Attorney


By:  */s/ Alyson A. Berg*
ALYSON A. BERG
Assistant United States Attorney

Counsel for Defendant


Dated:  May 5, 2026

*/s/ Dante T. Pride*   (as authorized 05/05/26)
DANTE T. PRIDE

Counsel for Plaintiff

STIPULATION AND ORDER                                        2

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.K., an individual, | CASE NO. 2:26-cv-00315-JAM-CKD |
| Plaintiff, | **ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT AND FOR THE PARTIES TO FILE JOINT STATUS REPORT** |
| v. | |
| KRISTI NOEM, in her official capacity as the SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, dba "TSA"; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Based on the stipulation of the parties and good cause appearing, the Court hereby **ORDERS** as follows:

The parties' stipulation is **APPROVED**.

The deadline for Defendant to file a response to the Complaint is **EXTENDED** by twenty-eight (28) days to **June 05, 2026**.

The parties are **DIRECTED** to file a Joint Status Report pursuant to the provisions of Fed. R. Civ. P. 16 and 26, in accordance with Local Rule 240 and the Court's Order Requiring Service of Process and Joint Status Report, to include the parties' proposed schedule for discovery, motions, trial, and estimate of trial time, no later than **June 18, 2026**.

IT IS SO ORDERED.

Dated: May 06, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER                    3